UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ROCKINGHAM,  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>UNITED STATES PAROLE  )<br>COMMISSION,  )<br>)<br>Respondent.  ) | Civil Action No. 07-952 (RMC) |

### ORDER TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is hereby

**ORDERED** that Respondent, by counsel, within 30 days of service of this Order and the Petition, shall file with this Court and serve on the Petitioner a statement showing why a writ of habeas corpus should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the Respondent, the United States Attorney for the District of Columbia, and the United States Attorney General.

**SO ORDERED**.

Date: July 13, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge