UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAEL R. ROCKINGHAM,** | : | |
| Petitioner | : | |
| | : | **Civil Action No. 07-00952 (RMC)** |
| v. | : | |
| | : | |
| **U.S. PAROLE COMMISSION,** | : | |
| Respondent | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L. Berthrong is counsel of record on behalf of the United States in the above-captioned case.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar Number 498-610

        /s/ Robert D. Okun
        ROBERT D. OKUN
        Assistant United States Attorney
        Chief, Special Proceedings Division
        D.C. Bar Number 457-078

        /s/ Sherri L. Berthrong
        SHERRI L. BERTHRONG
        Assistant United States Attorney
        D.C. Bar No. 249-136
        Sherri.Berthrong@usdoj.gov
        Special Proceedings Division
        555 4th Street, N.W., Room 10-450
        Washington, D.C. 20530
        (202) 514-6948

-2-

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioner, Michael R. Rockingham., Fed. Reg. No. 26320-145, CI Rivers, Federal Correctional Institution, P.O. Box 630, Winton, NC 27986, this 26th day of July, 2007.

                                          /s/ Sherri L. Berthrong
                                          Sherri L. Berthrong
                                          Assistant United States Attorney