Judge Rosemary M. Collyer
c/o Clerk of the Court
United States District Court
333 Constitution Ave. N.W.
Washington, D.C. 20001

Michael Rockingham
Reg. No. 26320-145
RCI / Unit B-2
P.O. Box 630
Winton, NC 27986

August 22, 2007

*Let this be filed
RMCollyer
8/28/07*

Re: Civil Action No. 07-00952 (RMC)

Comes now the Petitioner, Michael Rockingham, pro se, hereby respectfully ask the Court to grant his 28 U.S.C. 2241 Habeas pursuant to 28 U.S.C. 2243 because the Respondent did not show cause within the 30 days of the service of order required by law.

If the Respondent needed an extention it should have been filed to the Court in a timely manner accordingly.

The Respondent has failed to show any supporting facts against Petitioner's 28 U.S.C. 2241, Respondents response should be denied.

Petitioner herein is asking that your Honor subpena Next Step Attendance from the 27th thru the 29th of December 2006 and also (CSOSA) Mrs. Hicks records on meetings held with her supervisor Joel Azikiwe.

In conclusion, Petitioner ask that his petition be granted because I never failed "aftercare", and the application for the Warrant was erroneous and false, which mislead the U.S. Parole Commission.

Respectfully submitted,

Michael Rockingham

State of North Carolina County of Hertford
Signed before me on this 23rd day of August, 2007, by April 20, 2011
Notary Public Cindy L Vann

[Notary Seal: CINDY L VANN NOTARY PUBLIC HERTFORD COUNTY, N.C.]