Civil Action No. 07-00952 (RMC)

Michael Rockingham

v.

U.S. Parole Commission

I Michael Rockingham comes before the court to notify the court of change of address. I also ask the court to retrieve the petitioner for the purpose of challenging the Parole Commission actions on petitioner 28 U.S.C. 2241 if my physical confinement in Rivers Correctional Facility default a ruling with the Honorable Court.

RCI
P.O. Box 630
Winton, N.C. 27986
26320-145 B2-208
9/6/07

RECEIVED
SEP 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted

/s/ Michael Rockingham