UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
MICHAEL R. ROCKINGHAM          )
                              )
         Petitioner,           )
                              )
    v.                         )    Civil Action No. 07-00952 (RMC)
                              )
UNITED STATES PAROLE           )
COMMISSION                     )
                              )
         Respondent.           )
_____)

## ORDER

Michael R. Rockingham filed a Petition for Writ of Habeas Corpus, under 28 U.S.C. § 2241, on May 22, 2007, when he was incarcerated at the D.C. Jail. The United States Parole Commission filed its Opposition on August 15, 2007. Mr. Rockingham has filed no Reply. However, the United States Attorney informs the Court that Mr. Rockingham has been transferred to CI Rivers in Winton, North Carolina, since he filed his Petition. It is possible that Mr. Rockingham has not received a copy of the Opposition.

Mr. Rockingham is proceeding *pro se*. The Court will allow additional time for him to file a Reply, if he chooses to do so, and will attach a copy of the Opposition to this Order. It is not required that he file a Reply. Any ruling will take into consideration the facts proffered in the Petition, along with the Opposition, any Reply, and the entire record of the case.

Accordingly, it is

**ORDERED** that Petitioner shall have until **November 30, 2007,** to file a Reply or the Court will rule on the record as it now stands. The Clerk will append a copy of the Opposition to this Order.

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

DATE: 10/15/07