UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL R. ROCKINGHAM,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**UNITED STATES PAROLE** )<br>**COMMISSION,** )<br>)<br>Respondent. )<br>) | Civil Action No. 07-952 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Petitioner's Petition for Writ of Habeas Corpus [Dkt. # 1] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date: December 12, 2007                                   /s/
ROSEMARY M. COLLYER
United States District Judge