IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL R. ROCKINGHAM,      :
        Petitioner,   :
                           :
-vs-                         :
                           :   Civil Action No. 07-952(RMC)
UNITED STATES PAROLE         :
COMMISSION,                  :
        Respondent.   :

## NOTICE OF APPEAL

**NOW COMES** the Petitioner, Michael R. Rockingham, _pro se_, and respectfully gives notice of his claim of appeal to the Court of Appeals for the District of Columbia from the Order entered in the above-captioned case.

Respectfully submitted,

Date: December 21, 2007

_____
Michael R. Rockingham

**RECEIVED**

DEC 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT