# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5419**  **September Term 2007**

07cv00952

Filed On: July 8, 2008 [1126098]

Michael R. Rockingham,

    Appellant

    v.

United States Parole Commission,

    Appellee

## ORDER

Upon consideration of the motion to dismiss appeal for lack of a certificate of appealability, and it appearing that the court's order filed January 11, 2008, referring to the district court the question of whether a certificate of appealability is warranted in this case has been neither docketed nor disposed of by the district court, it is

**ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of the certificate of appealability question. It is

**FURTHER ORDERED** that consideration of the motion to dismiss be deferred pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon its issuance of either a certificate of appealability or statement why a certificate should not issue.

                    FOR THE COURT:
                    Mark J. Langer, Clerk

        BY: /s/
                    Mark A. Butler
                    Deputy Clerk