# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 07-5419**                                        **September Term, 2007**

**07cv00952**

**Filed On: January 11, 2008**

[1091759]
Michael R. Rockingham,
       Appellant

    v.

United States Parole Commission,
       Appellee

## O R D E R

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its issuance of either a certificate of appealability or statement why a certificate should not issue.

                 **FOR THE COURT:**
                 Mark J. Langer, Clerk

        BY:

                 Heather Stockslager
                 Deputy Clerk