**CLERK'S OFFICE**
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Received
Mail Room

JUL 25 2008

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia Circuit

UNDELIVERABLE AS ADDRESSED
UNABLE TO IDENTIFY ADDRESSEE
REFUSED BY ADDRESSEE
DECEASED OR AWAY ON COURT
NEED COMPLETE NAME

RIVERS CORRECTIONAL INSTITUTION
27980

RIVERS CORRECTIONAL INSTITUTION
B2-208
P.O. Box 630
Winton, NC 27986-0630

UNITED STATES POSTAGE
02 1A
0004634648
JUL 16 2008
$00.42⁰
PITNEY BOWES
E 20001



DCD_ECFNotice@dcd.uscourts.gov
07/14/2008 11:02 AM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:07-cv-00952-RMC ROCKINGHAM v. UNITED STATES PAROLE COMMISSION USCA Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 7/14/2008 at 11:02 AM and filed on 7/9/2008
**Case Name:**        ROCKINGHAM v. UNITED STATES PAROLE COMMISSION
**Case Number:**      1:07-cv-952
**Filer:**
**WARNING: CASE CLOSED on 12/12/2007**
**Document Number:**   14

Docket Text:
**ORDER of USCA as to [13] Notice of Appeal filed by MICHAEL R. ROCKINGHAM, it is ORDERED on the court's own motion, that this case be held in abeyance pending the district court's resolution of the certificate of appealability question; further directing that consideration of the motion to dismiss be deferred pending further order of the court. (USCA No. 07-5419)(kb)**


1:07-cv-952 Notice has been electronically mailed to:

Sherri Lee Berthrong   sherri.berthrong@usdoj.gov, barbara.burnett@usdoj.gov, robert.okun@usdoj.gov, usadc.docketing@usdoj.gov

1:07-cv-952 Notice will be delivered by other means to::

MICHAEL R. ROCKINGHAM

NO. 180-906
RIVERS CORRECTIONAL INSTITUTION
B2-208
P.O. Box 630
Winton, NC 27986-0630

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**O:\Operations\Scan Repository\Kristin\Mandates\07-952.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/14/2008] [FileNumber=1854613-0]
[0053d924500ac2e8737814dcc470dbf269c642d2e3ca0684bc8830b6477e86faf901
73b60a423ace846eb61b07c83b85a6e01b58171aca3de2e51118ed941382]]

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5419**  **September Term 2007**

07cv00952

Filed On: July 8, 2008 [1126098]

Michael R. Rockingham,

    Appellant

    v.

United States Parole Commission,

    Appellee

## ORDER

Upon consideration of the motion to dismiss appeal for lack of a certificate of appealability, and it appearing that the court's order filed January 11, 2008, referring to the district court the question of whether a certificate of appealability is warranted in this case has been neither docketed nor disposed of by the district court, it is

**ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of the certificate of appealability question. It is

**FURTHER ORDERED** that consideration of the motion to dismiss be deferred pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon its issuance of either a certificate of appealability or statement why a certificate should not issue.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

            BY:    /s/
                      Mark A. Butler
                      Deputy Clerk