



DCD_ECFNotice@dcd.uscourts.gov
07/16/2008 04:31 PM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:07-cv-00952-RMC ROCKINGHAM v. UNITED STATES PAROLE COMMISSION USCA Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 7/16/2008 at 4:31 PM and filed on 1/11/2008
**Case Name:**     ROCKINGHAM v. UNITED STATES PAROLE COMMISSION
**Case Number:**   1:07-cv-952
**Filer:**
**WARNING: CASE CLOSED on 12/12/2007**
**Document Number:**   15

Docket Text:
**ORDER of USCA as to [13] Notice of Appeal filed by MICHAEL R. ROCKINGHAM, it is ORDERED that the determination whether a certificate of appealability is warranted in the case be referred to the district court for resolution in the first instance, further directing that this appeal be held in abeyance pending further order of the court. (USCA No. 07-5419)(kb)**


1:07-cv-952 Notice has been electronically mailed to:

Sherri Lee Berthrong sherri.berthrong@usdoj.gov, John.mannarino@usdoj.gov, barbara.burnett@usdoj.gov, robert.okun@usdoj.gov, usadc.docketing@usdoj.gov

1:07-cv-952 Notice will be delivered by other means to::

MICHAEL R. ROCKINGHAM

NO. 180-906
RIVERS CORRECTIONAL INSTITUTION
B2-208
P.O. Box 630
Winton, NC 27986-0630

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**O:\Operations\Scan Repository\Kristin\Mandates\07-952.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/16/2008] [FileNumber=1858709-0]
[01e0ea916d057e8ad3c88492e1e5156787716ad28450f36735e21c776aa651287148
4e572d31bdef79d12dcd769c7ca1212f2cb3405bf0c70c4f94e5b674f12e]]

Case 1:07-cv-00952-RMC   Document 18   Filed 07/25/2008   Page 4 of 4
Case 1:07-cv-00952-RMC   Document 15   Filed 01/11/2008   Page 1 of 1
Case: 07-5419   Document: 012024804   Page: 1

# United States Court of Appeals
## For The District of Columbia Circuit

---

**No. 07-5419**  **September Term, 2007**

07cv00952

**Filed On: January 11, 2008**

[1091759]
Michael R. Rockingham,
    Appellant

v.

United States Parole Commission,
    Appellee

## ORDER

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its issuance of either a certificate of appealability or statement why a certificate should not issue.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

BY:

                Heather Stockslager
                Deputy Clerk